IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ALEXIS M. HERMAN,                       :
    Secretary of Labor,
    U.S. Department of Labor,           :

        Plaintiff,                      :

v.                                      :     Civil Action No. WMN97-4166

MAGGIO-ONORATO AND                      :
    ASSOCIATES, INC., et al.,
                                        :
        Defendants.
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

## ORDER

Upon consideration of the Motion for Order Shortening Time to Respond to Defendants' Motion to Modify Scheduling Orders, and for good cause shown, it is this 7th day of March, 2000, by the United States District Court for the District of Maryland, Baltimore Division,

ORDERED that the Motion for Order Shortening Time to Respond to Defendants' Motion to Modify Scheduling Orders be and the same is hereby GRANTED; and it is

FURTHER ORDERED that any responses to the Defendants' Motion to Modify Scheduling Orders shall be filed on or before 2:00 p.m., March 7, 2000.

_____
Judge, United States District Court
for the District of Maryland

[CONTINUED ON NEXT PAGE]

Copies to:

Arnold M. Weiner, Esquire
Snyder, Weiner, Weltchek & Vogelstein
Suite 100, The Woodholme Center
1829 Reisterstown Road
Baltimore, Maryland 21209
(410) 653-3700
(410) 653-1537 (FACSIMILE)

Thomas J. Zagami, Esquire
Hodes, Ulman, Pessin & Katz, P.A.
Suite 400
901 Dulaney Valley Road
Towson, Maryland 21204
(410) 339-6741
(410) 321-7044 (FACIMILE)

Joan M. Roller, Esquire
Pamela W. McKee, Esquire
United States Department of Labor
Office of the Solicitor
Room 14480-Gateway Building
3535 Market Street
Philadelphia, Pennsylvania 19104
(215) 596-5187
(215) 592-4671 (FACSIMILE)

Copies to:

Arnold M. Weiner, Esquire
Snyder, Weiner, Weltchek & Vogelstein
Suite 100, The Woodholme Center
1829 Reisterstown Road
Baltimore, Maryland 21209
(410) 653-3700
(410) 653-1537 (FACSIMILE)

Thomas J. Zagami, Esquire
Hodes, Ulman, Pessin & Katz, P.A.
Suite 400
901 Dulaney Valley Road
Towson, Maryland 21204
(410) 339-6741
(410) 321-7044 (FACIMILE)

Joan M. Roller, Esquire
Pamela W. McKee, Esquire
United States Department of Labor
Office of the Solicitor
Room 14480-Gateway Building
3535 Market Street
Philadelphia, Pennsylvania 19104
(215) 596-5187
(215) 592-4671 (FACSIMILE)