IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALEXIS M. HERMAN,<br>   Secretary of Labor,<br>   U.S. Department of Labor | : <br> : <br> : <br> : |
| v. | :   Civil Action WMN-97-4166 |
| MAGGIO-ONORATO AND ASSOCIATES,<br>INC., <u>et al.</u> | : <br> : |

**ORDER**

    Before the Court is Defendants' Motion to Modify Scheduling Orders (Paper No. 76). Plaintiff has opposed. The Court concludes that Magistrate Judge Klein's recent ruling on pending discovery disputes constitutes cause sufficient to warrant a modification of the scheduling order in this case. Contrary to Plaintiff's assertions, supplemental briefing is not preferred. In situations, such as this one, where it is possible through the grant of an extension of time for Defendants to file a single motion, such an extension should be given in order to avoid needless confusion and excessive filing. The discovery deadline will be extended 30 days and the dispositive motions deadline will be extended 45 days.

    Accordingly, IT IS this 7th day of March, 2000, by the United States District Court for the District of Maryland, ORDERED:

    1. That Defendants' Motion to Modify Scheduling Orders (Paper No. 76) is hereby GRANTED;

    2. That the discovery deadline in this case is set for April 6, 2000;

1



3. That the dispositive motions deadline is extended until April 22, 2000;

4. That upon completion of discovery, the parties shall file a status report with the Court no later than April 7, 2000, at which time a scheduling conference will be set in order to select a new trial date; and

5. That the Clerk of the Court shall mail or transmit copies of this Order to all counsel of record.

     William M. Nickerson
     United States District Judge