IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

```
------------------------------X
ALEXIS M. HERMAN,                  :
  Secretary of Labor,
  U.S. Department of Labor,        :

    Plaintiff,                     :

v.                                 :    Civil Action No. WMN97-4166

MAGGIO-ONORATO AND                 :
  ASSOCIATES, INC., et al.,
                                   :
    Defendants.
                                   :
------------------------------X
```

## CONSENT ORDER

Upon Consideration of Defendants' Consent Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment, and the Plaintiff's consent thereto, it is this 22nd day of March, 2000, by the United States District Court for the District of Maryland, Baltimore Division;

ORDERED that the Defendants" Consent Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment through and including March 31, 2000, be and the same is hereby GRANTED.

_____
Judge, United States District Court
for the District of Maryland

[CONTINUED ON NEXT PAGE]



Copies to:

Arnold M. Weiner, Esquire
Snyder, Weiner, Weltchek & Vogelstein
Suite 100, The Woodholme Center
1829 Reisterstown Road
Baltimore, Maryland  21209
(410) 653-3700
(410) 653-1537 (FACSIMILE)

Thomas J. Zagami, Esquire
Hodes, Ulman, Pessin & Katz, P.A.
Suite 400
901 Dulaney Valley Road
Towson, Maryland  21204
(410) 339-6741
(410) 321-7044 (FACIMILE)

Joan M. Roller, Esquire
Pamela W. McKee, Esquire
United States Department of Labor
Office of the Solicitor
Room 14480-Gateway Building
3535 Market Street
Philadelphia, Pennsylvania  19104
(215) 596-5187
(215) 596-4671 (FACSIMILE)