UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-9810
FACSIMILE (410) 962-2577

May 3, 2000

Pamela W. McKee, Esq.
Thomas J. Zagami, Esq.
Arnold M. Weiner, Esq.
Frederic S. Singerman, Esq.



   Re:   Herman, et al. v. Maggio-Onorato, et al.
          Civil Action No. WMN-97-4166

Dear Counsel:

   Receipt is acknowledged of your recent status reports.

   I have scheduled a telephone status conference, to be initiated by counsel for the plaintiff, for Tuesday, May 16, 2000 at 9:30 a.m. At that time I shall expect counsel to be prepared to brief me on what remains to be done in t his matter and to schedule further proceedings.

                                Very truly yours,

                                William M. Nickerson
                              United States District Judge

WMN:cc

cc:   Court File ✓