IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ALEXIS M. HERMAN,  :
   Secretary of Labor,
   U.S. Department of Labor,  :

     Plaintiff,  :

v.  :    Civil Action No. WMN97-4166

MAGGIO-ONORATO AND  :
   ASSOCIATES, INC., et al.,

     Defendants.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**<u>CONSENT ORDER</u>**

Upon Consideration of Defendants' Consent Motion for Extension of Time to File their Motion for Summary Judgment, and the Plaintiff's consent thereto, it is this __16th__ day of May 2000, by the United States District Court for the District of Maryland, Baltimore Division;

ORDERED that the Defendants" Consent Motion for Extension of Time to File their Motion for Summary Judgment through and including May 31, 2000, be and the same is hereby GRANTED.

                                          _____
                                          Judge, United States District Court
                                          for the District of Maryland

[CONTINUED ON NEXT PAGE]



Copies to:

Arnold M. Weiner, Esquire
Snyder, Weiner, Weltchek & Vogelstein
Suite 100, The Woodholme Center
1829 Reisterstown Road
Baltimore, Maryland 21209
(410) 653-3700
(410) 653-1537 (FACSIMILE)

Thomas J. Zagami, Esquire
Hodes, Ulman, Pessin & Katz, P.A.
Suite 400
901 Dulaney Valley Road
Towson, Maryland 21204
(410) 339-6741
(410) 321-7044 (FACIMILE)

Joan M. Roller, Esq.
Office of the Solicitor
The Curtis Center
Suite 630 East
170 S. Independence Mall West
Philadelphia, PA 19106-3306
(215) 861-5142
(215) 861-5162 (FACSIMILE)


Pamela W. McKee, Esq.
Office of the Solicitor
The Curtis Center
Suite 630 East
170 S. Independence Mall West
Philadelphia, PA 19106-3306
(215) 861-5138
(215) 861-5162 (FACSIMILE)