IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

ALEXIS M. HERMAN,                                    :
  Secretary of Labor,
  U.S. Department of Labor,                           :

    Plaintiff,                                       :

v.                                                   :          Civil Action No. WMN97-4166

MAGGIO-ONORATO AND                                   :
  ASSOCIATES, INC., et al.,
                              :

    Defendants.
                                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## <u>CONSENT ORDER</u>

Upon Consideration of Defendants' Consent Motion for Extension of Time to File their

Motion for Summary Judgment, and the Plaintiff's consent thereto, it is this __17th__ day of May

2000, by the United States District Court for the District of Maryland, Baltimore Division;

ORDERED that the Defendants" Consent Motion for Extension of Time to File their

Motion for Summary Judgment through and including May 31, 2000, be and the same is hereby

GRANTED.

_____
Judge, United States District Court
   for the District of Maryland

[CONTINUED ON NEXT PAGE]

Copies to:

Arnold M. Weiner, Esquire
Snyder, Weiner, Weltchek & Vogelstein
Suite 100, The Woodholme Center
1829 Reisterstown Road
Baltimore, Maryland  21209
(410) 653-3700
(410) 653-1537 (FACSIMILE)

Thomas J. Zagami, Esquire
Hodes, Ulman, Pessin & Katz, P.A.
Suite 400
901 Dulaney Valley Road
Towson, Maryland  21204
(410) 339-6741
(410) 321-7044 (FACIMILE)

Joan M. Roller, Esq.
Office of the Solicitor
The Curtis Center
Suite 630 East
170 S. Independence Mall West
Philadelphia, PA  19106-3306
(215) 861-5142
(215) 861-5162 (FACSIMILE)


Pamela W. McKee, Esq.
Office of the Solicitor
The Curtis Center
Suite 630 East
170 S. Independence Mall West
Philadelphia, PA  19106-3306
(215) 861-5138
(215) 861-5162 (FACSIMILE)

2