IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALEXIS M. HERMAN, et al.          :

V.                                :     Civil Action No. WMN 97-4166

MAGGIO-ONORATO AND                :
ASSOCIATES, INC., et al.

\*\*\*\*\*\*\*\*\*\*

**REVISED
AMENDED SCHEDULING ORDER**

1. The pretrial conference shall be held on <u>April 19, 2001 at 9:15 a.m.</u>

2. The <u>2</u> week non-jury trial shall commence on <u>April 30, 2000 at 10:00 a.m.</u>

3. Counsel for the parties shall mark their documentary or physical evidence numerically in advance of trial, and shall provide a list containing a brief description of each item so marked. [Please contact my courtroom deputy, Mary Jo Lauman (410) 962-2600 prior to the submission of the exhibit list to insure an accurate format.] Counsel for the plaintiff shall file said list with the Court, in quadruplicate, and shall serve a copy on defendant's counsel not later than <u>April 12, 2001</u>. Counsel for the defendant shall file said list with the Court, and shall serve a copy on plaintiff's counsel, not later than <u>April 19, 2001</u>.

If counsel for the parties so desire, they may file trial memoranda. Such memoranda shall be filed with the Court not later than <u>April 19, 2001</u>.

4. The Clerk of Court shall mail copies of this Amended Scheduling Order to counsel in this case.

_____
William M. Nickerson
United States District Judge

Dated: _5/25/00_