IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

---------------------------------X

ALEXIS M. HERMAN, :
  Secretary of Labor,
  U.S. Department of Labor, :

    Plaintiff, :

v. :   Civil Action No. WMN97-4166

MAGGIO-ONORATO AND :
  ASSOCIATES, INC., et al.,
     :
    Defendants.
     :
---------------------------------X

## **CONSENT ORDER**

Upon Consideration of Defendants' Consent Motion for Extension of Time to Respond to Plaintiff's Opposition to Defendants' Motion for Summary Judgment or, in the Alternative, Motion to Strike Request for Equitable Relief, and the Plaintiff's consent thereto, it is this ___24th___ day of June, 2000, by the United States District Court for the District of Maryland, Baltimore Division;

ORDERED that the Defendants' Consent Motion for Extension of Time to Respond to Plaintiff's Opposition to Defendants' Motion for Summary Judgment or, in the Alternative, Motion to Strike Request for Equitable Relief through and including July 5, 2000, be and the same is hereby GRANTED.

                                         _____
                                         Judge, United States District Court
                                           for the District of Maryland

[CONTINUED ON NEXT PAGE]

Copies to:

Thomas J. Zagami, Esquire
Hodes, Ulman, Pessin & Katz, P.A.
Suite 400
901 Dulaney Valley Road
Towson, Maryland  21204
(410) 339-6741
(410) 321-7044 (FACIMILE)

Arnold M. Weiner, Esquire
Snyder, Weiner, Weltchek & Vogelstein
Suite 100, The Woodholme Center
1829 Reisterstown Road
Baltimore, Maryland  21209
(410) 653-3700
(410) 653-1537 (FACSIMILE)

Joan M. Roller, Esquire
Pamela W. McKee, Esquire
United States Department of Labor
Office of the Solicitor
The Curtis Center
Suite 630 East
170 S. Independence Mall West
Philadelphia, Pennsylvania  19106-3306
(215) 861-5142
(215) 861-5162 (FACSIMILE)