IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| ALEXIS M. HERMAN,<br>SECRETARY OF LABOR,<br>UNITED STATES DEPT. OF LABOR,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW MAGGIO, RICHARD<br>ONORATO AND MAGGIO-ONORATO<br>AND ASSOCIATES,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. WMN 97-4166<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

Upon consideration of the Consent Motion for Leave to Withdraw as Counsel of Record and for good cause shown, it is this 11th day of October, 2000, hereby

ORDERED that the motion be GRANTED; and it is

FURTHER ORDERED that Fredric S. Singerman and the law firm of Seyfarth Shaw are GRANTED leave to withdraw as co-counsel of record on behalf of Defendants in the above-captioned case and are hereby deemed withdrawn.

SO ORDERED.

_____
United States District Court Judge

DC1 30036627 v 1