IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

------------------------------X

ELAINE CHAO,
   Secretary of Labor,
   U.S. Department of Labor,       :

   Plaintiff,                      :

v.                                 : Civil Action No. WMN97-4166

MAGGIO-ONORATO AND                 :
   ASSOCIATES, INC., et al.,

   Defendants.
------------------------------X

**STIPULATION OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

The Plaintiff, Secretary of Labor, United States Department of Labor, and the Defendants, Maggio-Onorato & Associates, Inc., Andrew A. Maggio, Sr. and Richard A. Onorato, through their respective counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of the above-captioned case. As provided in the Settlement Agreement and Consent Order entered in this case on _July 3_, 2001, the Court will retain jurisdiction over the parties hereto as may be necessary to enforce the

APPROVED
July
[signature]

5th DAY
01

terms of the Settlement Agreement and Consent Order.

                    Respectfully submitted,

                    Judith E. Kramer,
                    Acting Solicitor of Labor

                    Catherine Oliver Murphy
                    Regional Solicitor

                    _____
                    Joan M. Roller
                    Regional Counsel, I.D. #11012

                    The Curtis Center, Suite 630 East
                    170 S. Independence Mall West
                    Philadelphia, PA  19106-3306
                    (215) 861-5142
                    (215) 861-5162 (FACSIMILE)
                    Counsel for the Plaintiff

                    _____
                    Arnold M. Weiner

                    SNYDER, WEINER, WELTCHEK,
                      JACOBS & SLUTKIN
                    Suite 100
                    1829 Reisterstown Road
                    Baltimore, Maryland  21208
                    (410) 653-3700
                    (410) 653-1537 (FACSIMILE)

[SIGNATURES CONTINUED ON NEXT PAGE]

_____
Thomas J. Zagami
Lynn Edwards Brenneman

HODES, ULMAN, PESSIN & KATZ, P.A.
Suite 400
901 Dulaney Valley Road
Baltimore, Maryland 21204
(410) 339-6741
(410) 321-7044 (FACSIMILE)

Counsel for the Defendants

3