IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALEXIS M. HERMAN, Secretary :
of Labor, et al.
                                          :
       v.                           CIVIL ACTION NO. WMN-97-4166
                                          :
ANDREW MAGGIO, et al.

### ORDER

Pending and fully briefed, Papers No. 114 and 115, is the Plaintiff Department of Labor's ("DOL") motion for an order from this Court directing the distribution of the $100,000.00 settlement proceeds that were paid into the registry of this Court pursuant to paragraph 7 of the settlement agreement and consent order ("Consent Order") entered into between the Plaintiff and the Defendants in this case. This Court retains jurisdiction to do so pursuant to paragraph 15 of the Consent Order.

Having carefully considered the filings of the parties, it is this 10th day of December 2002 ORDERED that the $100,000.00 shall be paid to the Department of Labor for distribution in equal shares to all current and former MOA plans that can be located, through reasonable effort by the DOL. The Defendants, Mr. Andrew Maggio and Mr. Richard Onorato, will make a good faith effort, not to exceed a total of 20 hours (ten hours each), to assist the DOL in identifying the current and former MOA plans to which distribution should be made. Messrs. Maggio and Onorato shall be paid from the proceeds of the funds deposited into the registry of the Court $100.00 per hour for their assistance in implementing this Order.

_____
William M. Nickerson
Senior United States District judge