UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MARYLAND

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ELAINE L. CHAO,
SECRETARY OF LABOR,                    :
UNITED STATES DEPARTMENT OF LABOR,
                                       :
           Plaintiff,
                                       :
     v.                                         CIVIL ACTION
                                       :
ANDREW MAGGIO, RICHARD ONORATO,                 NO. WMN97-4166
and MAGGIO, ONORATO AND ASSOCIATES,    :
INC.,
                                       :
           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

## MOTION TO AMEND ORDER DIRECTING CLERK OF COURT TO DISTRIBUTE SETTLEMENT PROCEEDS

Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor, by her attorneys, moves this Honorable Court to enter an Amended Order Directing the Clerk of the Court to distribute the proceeds of the settlement, now being held in the registry of the Court, equally among the companies listed on the attached revised Schedule A. As grounds therefore, plaintiff avers as follows:

1. By order dated June 25, 2003, the Court ordered that the $100,000 be distributed to the 72 current or former Plans that the DOL had located.

2. It was subsequently determined by the DOL that some of those Plans could no longer be located. After a diligent effort to locate these current or former Plans, the DOL now submits a revised Schedule A, attached hereto and made a part hereof, which lists all of the Plans that will receive a distribution.

3. Accordingly, the plaintiff requests that the Court enter the attached amended order directing the Clerk of the Court to distribute the settlement money equally among the sixty (60) current or former MOA Plans listed on the revised Schedule A.

| | |
|---|---|
| Post Office Address: | Howard Radzely<br>Acting Solicitor of Labor |
| Catherine Oliver Murphy<br>Regional Solicitor<br>Office of the Solicitor<br>U. S. Department of Labor<br>Suite 630E, The Curtis Center<br>170 S. Independence Mall West<br>Philadelphia, PA 19106-3306<br>(215) 861-5142 | Catherine Oliver Murphy<br>Regional Solicitor<br><br>_____<br>Joan M. Roller<br>Regional Counsel<br>I.D. #11012<br><br>U.S. DEPARTMENT OF LABOR<br><br>Attorneys for Plaintiff |