**SCHEDULE "A"**

1. A Plus Home Care, Inc. MOA Plan
   8932 Old Cedar Ave. South
   Bloomington, MN  55425

2. Alamogordo Home Care Hospice MOA Plan
   505 11th Street
   St. Alamogorodo, NM  88310

3. All Care Home Health Services, Inc. MOA Plan
   2934 Goldpan Court
   Rancho Cordova, CA  95670

4. Americare Home Health Agency, Inc. MOA Plan
   1444 E. Shelby Drive, Suite 413
   Memphis, TN  38116

5. Bluebonnet Home Health Care of Texas MOA Plan
   1005 Main Street
   Bastrop, TX  78602

6. California Health Professionals MOA Plan
   1390 Ridgewood Dr.
   Chico, CA  95926

7. Caregivers Plus, Inc. MOA Plan
   7895 Broadway, Suite N
   Merrillville, IN  46410

8. Columbus Home Care, Inc. MOA Plan
   4663 Executive Dr., Suite 2
   Columbus, OH  43220

9. Country Home Health, Inc. MOA Plan
   9370 W. Stockston Blvd.
   Elk Grove, CA  95758

10. Del Norte Home Care, Inc. MOA Plan
    3028 Trawood Drive, Suite A
    El Paso, TX  79936

11. Diversified Health Services, Inc. MOA Plan
    4511 Michoud Blvd.
    New Orleans, LA  70129

12. Eden Hospital Home Care MOA Plan
    20450 Lake Chabot Rd.
    Castro Valley, CA  94546

13. Elaine Wilson's Home Health, Inc. MOA Plan
    1320 Belmont Ave., Suite 1
    Youngstown, OH 44504

14. ERA Home Health Services, Inc. MOA Plan
    270 W. Badillo Street
    Covina, CA  91723

15. Evangeline Home Health MOA Plan
    803 East Main Street
    Ville Platte, LA  70586

16. Excellent Home Health MOA Plan
    10100 Morrison Rd.
    New Orleans, LA  70127

17. First Dominion Home Health MOA Plan
    P.O. Box. 579
    Halifax, VA  24558

18. Genesis Home Care, Inc. MOA Plan
    116 E. Heritage Dr.
    Tyler, TX  75703

19. Georgia Home Health Care MOA Plan
    4978 Highway 1 South
    Lyons, GA  30436

20. GentlePro Home Health Care, Inc. MOA Plan
    1699 Wall Street, Suite 710
    Mt. Prospect, IL  60056

21. Geriatric Services, Inc. MOA Plan
    8800 Broadway Street
    San Antonio, TX  78217

22. Glendale Home Health Care MOA Plan
    601 East Glenoaks Blvd.
    Glendale, CA  91207

23. Golden Services Ltd. MOA Plan
    207 Mermod Street
    Carlsbad, NM  88220

24. Health Visions Home Care MOA Plan
    2450 Washington Ave., #295
    San Leandro, CA  94577

25. Heartland Home Nursing MOA Plan
    3307 E. Lincolnway
    Sterling, IL  61081

26. High Country Health, Inc. MOA Plan
    3131 Grand Avenue
    Laramie, WY  82070

27. Home Aid, Inc. MOA Plan
    Farmville, VA  23901

28. Homecare of Hendry & Glades Counties MOA Plan
    333 S. Commercio St.
    Clewiston, FL  33440

29. Homechoice Health Care Service MOA Plan
    2390 S. Avenue A
    Yuma, AZ  85364

30. Home Healthcare Connection MOA Plan
    4747 S. Emporia Street
    Greencastle, IN  46135

31. Home Health Insights MOA Plan
    111 East Florence Blvd., Suite 1B
    Casa Grande, AZ  85222

32. Home Health Specialist MOA Plan
    1315 South Palestine Street
    Athens, TX  75751

33. Home Recovery Home Health MOA Plan
    816 East 3rd Street
    Farmville, VA  23901

34. Indiana Home Health Care Plus MOA Plan
    P. O. Box 111
    Crawford, IN  47933

35. Interim Health Care of New Orleans MOA Plan
    2424 Edenborn Ave., Suite 430
    Metairie, LA  70001

36. Keystone Home Health Services, Inc. MOA Plan
    8765 Stenton Ave.
    Glenside, PA  19038

37. Mederi Of Palm Beach County MOA Plan
    5365 W. Atlantic Ave.
    Delray Beach, FL  33484

38. Maxima Home Health Care Corporation MOA Plan
    7166 Crowder Blvd.
    New Orleans, LA  70127

39. McLean Home Health Professionals, Inc. MOA Plan
    603 N. Grove Street
    McLean, TX  79057

40. Mid-Delta Home Health, Inc. MOA Plan
    502 N. Hayden Street
    Belzoni, MS  39038

41. Mid South Home Health MOA Plan
    100 Vestavia Office Park
    Birmingham, AL  35203

42. Nevada Home Health Services MOA Plan
    1810 Pinion Rd.
    Elko, NV  89801

43. Nightingale Nurses Home Health Agency MOA Plan
    1510 N. Hampton Rd.
    Desto, TX  75115

44. Nurse Coordinators, Inc. MOA Plan
    1955 Bernice Rd.
    Lansing, IL  60438

45. Personal Touch Home Health Care MOA Plan
    230 E. Missouri Street
    Walters, OK  73572

46. Preferred Registry of Nurses MOA Plan
    1010 Lincoln Street
    Wamego, KS  66547

47. Premier Home Health Care, Inc. MOA Plan
    5959 Gateway Blvd., West
    El Paso, TX  79925

48. Professional Health Care at Home MOA Plan
    3808 Park Blvd.
    Oakland, CA  94602

49. Real Care, Inc. MOA Plan
    928 3rd Circle
    Marlinton, WV  24954

50. Spectrum Home Health Agency MOA Plan
    3206 Strong Avenue
    Kansas City, KS  66106

51. Stat Home Health Care, Inc. MOA Plan
    2105 Beverly Blvd., Suite 221
    Los Angeles, CA  90057

52. Sturgis Home Health Care, Inc. MOA Plan
    600 S. Lakeview
    P.O. Box 1
    Sturgis, MI  49091

53. Sunglo Home Health Services MOA Plan
    1001 South  F. Street
    Harlingen, TX  78550

54. Tender Love Home Health Care, Inc. MOA Plan
    919 Main Street
    Goodland, KS  67735

55. Total Care Home Health MOA Plan
    2414 Babcock Rd.
    San Antonio, TX  78229

56. Tri Med Home Health Services MOA Plan
    534 W. Manchester Blvd.
    Inglewood, CA  90301

57. Williamson County Programs on Aging MOA Plan
    212 E. Walnut Street
    Herrin, IL  62948

58. Young County Home Health Care MOA Plan
    502 W. Oaks St., Suite A
    Denton, TX  76201

59. Commonwealth Home Health MOA Plan
    P.O. Box 1006
    South Boston, VA  24592

60. Personal Home Care MOA Plan
    P.O. Box 1006
    South Boston, VA  24592