UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MARYLAND

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ELAINE L. CHAO,
SECRETARY OF LABOR,                          :
UNITED STATES DEPARTMENT OF LABOR,
                                             :
          Plaintiff,
                                             :
     v.                                              CIVIL ACTION
                                             :
ANDREW MAGGIO, RICHARD ONORATO,                      NO. WMN97-4166
and MAGGIO, ONORATO AND ASSOCIATES,          :
INC.,
                                             :
          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

## AMENDED ORDER DIRECTING CLERK TO DISTRIBUTE SETTLEMENT PROCEEDS

Having considered the Motion to Amend Order of the plaintiff to distribute settlement proceeds and for good cause shown, it is hereby ORDERED that the Clerk of the Court will distribute the settlement proceeds that were paid into the registry of this Court, pursuant to Paragraph 7 of the Settlement Agreement and Consent Order entered into between the plaintiff and the defendants in this case, equally among the 60 current or former MOA Plans listed on revised Schedule A, attached to Plaintiff's Motion.

Date: _____  _____
William M. Nickerson
Senior United States District Judge